# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

15 MAR 10 PM 2:56

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHERITA ALEXANDER (2), <br><br> Defendant. | CASE NO. 13CR3619-JLS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:1591(a) and (b); 18:1594(c) - Sex Trafficking of Children; Conspiracy to Commit Sex Trafficking of Children

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 5, 2015

Bernard G. Skomal
U.S. Magistrate Judge