UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

15 MAR 10 PM 2:56

| UNITED STATES OF AMERICA,  | CASE NO. 13CR3619-JLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SHERITA ALEXANDER (2), 40820-298 | |
| Defendant. | |

FILED
Mar 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ ArianaF    DEPUTY

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

   18:1591(a) and (b); 18:1594(c) - Sex Trafficking of Children; Conspiracy to Commit Sex Trafficking of Children

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 5, 2015

Bernard G. Skomal
U.S. Magistrate Judge

I have executed within Dismissal Judgement and Commitment on 3-12-15
United States Marshal
By: [signature]
USMS Criminal Section